**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| PETER ACKERMAN, | § | |
| | § | |
| 3229 R St., N.W. | § | |
| Washington, D.C. 20007 | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:08-cv-01136 (HHK) |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Internal Revenue Service | § | |
| 1111 Constitution Ave., N.W. | § | |
| Washington, D.C.  20224 | § | |
| | § | |
| Defendant. | § | |

## NOTICE

Plaintiff Peter Ackerman, by and through his undersigned counsel, notes that the attached

Affidavit of Mailing verifies that his original Complaint was received by the U.S. Attorney for

the District of Columbia and the U.S. Attorney General on July 1, 2008.

Respectfully submitted,

/s/ Rebecca L. D. Gordon_____
JAMES P. JOSEPH, D.C. Bar No. 421231
REBECCA L. D. GORDON, D.C. Bar No. 468809
Arnold & Porter, L.L.P.
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
(202) 942-5000 (telephone)
(202) 942-5999 (facsimile)
LEAD COUNSEL FOR PLAINTIFF

Dated: July 9, 2008

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| PETER ACKERMAN, | § | |
| | § | |
| 3229 R St., N.W. | § | |
| Washington, D.C. 20007 | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:08-cv-01136 (HHK) |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Internal Revenue Service | § | |
| 1111 Constitution Ave., N.W. | § | |
| Washington, D.C.  20224 | § | |
| | § | |
| Defendant. | § | |

**AFFIDAVIT OF MAILING**

I, Rebecca L. D. Gordon, hereby state that:

1.      On the 30th day of June, 2008, I caused to be deposited in the United States Mail

copies of the summonses and complaint in the above-captioned case, postage prepaid, return

receipt requested, restricted delivery, addressed to each of the following defendants:

United States Attorney for the District of Columbia
555 Fourth street NW
Washington, D.C. 20530

United States Attorney General
950 Pennsylvania Avenue NW
Washington, D.C. 20530

2.      Attached as Exhibit A hereto is the receipt for certified mail, No. 7000 1670 0012

2536 5225, indicating that delivery of the summons and complaint was made upon the United

States Attorney for the District of Columbia on the 1st day of July, 2008.

3.     Attached as Exhibit B hereto is the receipt for certified mail, No. 7000 1670 0012

2536 3795, indicating that delivery of the summons and complaint was made upon the United

States Attorney General on the 1st day of July, 2008.

I declare under penalty of perjury that the foregoing is true and correct.


July 9, 2008_____          /s/ Rebecca L. D. Gordon_____
(Date)                                (Signature)

# EXHIBIT A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Attorney For the District of
Columbia
555 Fourth Street NW
Washington DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature

X _____   ☐ Agent
                                  ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
   7000  1670  0012  2536  5225

PS Form 3811, July 1999          Domestic Return Receipt          102595-00-M-0952

# EXHIBIT B

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

US Attorney General
US Dept. of Justice
950 Pennsylvania Ave NW
Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) | B. Date of Delivery

C. Signature

X                    JUN 01 2008

☐ Agent
☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail        ☐ Express Mail
   ☐ Registered            ☐ Return Receipt for Merchandise
   ☐ Insured Mail          ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)             ☐ Yes

2. Article Number (Copy from service label)

7000 1670 0012 2536 3795

PS Form 3811, July 1999          Domestic Return Receipt          102595-00-M-0952